# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

September 12, 2024

**By ECF**

Hon. Jesse M. Furman
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

Application GRANTED in part and DENIED in part.  The motion and briefing deadlines are hereby extended as proposed, but the October 29, 2014 pretrial conference remains in effect.  The Clerk of Court is directed to terminate ECF No. 21.  SO ORDERED.

September 12, 2024

Re:   United States v. Aaron Daily, 24 Cr. 386 (JMF)

Dear Judge Furman,

I write with the Government's consent to respectfully request that the pretrial motions schedule in this matter be adjourned by two weeks to accommodate the parties' discussions about a potential pretrial resolution.  This is the second request for an adjournment of the motions schedule in this case, but the first such request from Mr. Daily.

Currently, motions are due by September 27, 2024; oppositions are due by October 11, 2024; and replies are due by October 22, 2024.  A pretrial conference is scheduled for October 29, 2024.  I propose the following as a new schedule:  Motions due by October 11, 2024; oppositions due by October 25, 2024; replies due by November 6, 2024; pretrial conference on or after November 12, 2024.

Because a two-week adjournment would enable the parties to continue exploring a potential pretrial disposition of this matter, the defense does not object to the exclusion of time under 18 U.S.C. § 3161(h)(1)(D) and 3161(h)(7)(A) through the next conference date scheduled by the Court.

Respectfully,

Ariel Werner
Assistant Federal Defender
917-751-2050

cc: AUSA Remy Grosbard